UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**TERESA RENE WILCOX,**

    Plaintiff,

v.                                        Civil Action No. 16-0227

**NANCY A. BERRYHILL,**
Acting Commissioner of the Social
Security Administration,

    Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on January 12, 2017; and the magistrate judge having recommended that the court grant the Commissioner's unopposed motion for remand, and having further recommended that the court reverse the decision of the Commissioner, remand this matter pursuant to sentence four of 42 U.S.C. § 405(g), and dismiss this action from the docket of the court; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

   2. The decision of the Commissioner be, and it hereby is, reversed;

   3. The Commissioner's unopposed motion for remand be, and it hereby is, granted;

   4. This action be, and it hereby is, remanded pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings as outlined more fully in the Commissioner's unopposed motion for remand.

   The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

                                    DATED: February 1, 2017

                                    /s/ John T. Copenhaver
                                    John T. Copenhaver, Jr.
                                    United States District Judge